1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2  BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  CARLOS SINGH (PASBN 50581)
   Assistant United States Attorney

5
   Attorney for Plaintiff
6  United States of America

7     150 Almaden Blvd., Suite 900
      San Jose, California  95113
8     Telephone: (408)  535-5065
      Fax: (408) 535-5066
9     E-Mail: carlos.singh@usdoj.gov

10

11                  IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  UNITED STATES OF AMERICA,   )        No. CR 07-00190-JF
                                )
14            Plaintiff,        )
                                )        STIPULATION AND ORDER
15      v.                      )
                                )
16  STELLA SUE WANG CHU,        )
                                )
17            Defendant.        )
                                )
18  _____ )

19

20         The government and the defendant, Stella Chu, and her counsel hereby agree and

21  stipulate to the following:

22         1.      On April 4, 2007, Ms. Stella Chu was charged in an indictment captioned above.

23         2.      The government will refer this matter to United States Pre-Trial Services

24  ("Pretrial Services") to determine whether Pretrial Services will supervise Ms. Chu for a three-

25  month period of diversion. Upon acceptance by Pretrial Services Ms. Chu will participate in a

26  three-month period of diversion with conditions similar to those currently in place pursuant to the

27  pretrial order in this case.  As a further condition, Ms. Chu agrees to be jointly and severally

28  liable with her husband for continued $1500 monthly payments to Ms. Chaochin Lu of San Jose,

STIPULATION AND ORDER                    1

**Filed**

SEP 2 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE



1    California, until the balance of a $370,000 loan ~~(representing the loss in this matter)~~ is paid in

2    full.  The parties understand that the monthly payments of the balance will continue after the

3    completion of the three-month period of diversion.

4         3.      Upon completion of the three-month period of diversion, the United States will

5    dismiss all the charges against Ms. Chu in the above-captioned Indictment.

6         4.      Ms. Chu agrees to be jointly and severally liable with her husband, Alex Wang,

7    for any payments to Chaochin Lu directed by the U.S. Probation Office pursuant to an Order of

8    this Court in the matter of United States v. Alex Wang, CR-07-00190 JF, but Ms. Chu shall not

9    be liable for any payments of principal on the loan to Ms. Chaochin Lu in excess of $248,500.

10   This stipulation excludes any interest that may be owed to Chaochin Lu pursuant to any separate

11   agreement between Chaochin Lu, on the one hand, and Ms. Chu and Mr. Wang on the other.

12   Any such interest shall be governed only by the terms of any such separate agreement and not by

13   this stipulation.  Upon dismissal of this case, Ms. Chu agrees to continue to submit to the

14   jurisdiction of this Court for enforcement of this paragraph 4.

15        5.      This agreement is effective upon the acceptance of this stipulation by the Court.

16

17

18   _____  9/27/07

19   Stella Chu            Date             Carlos Singh          Date    9/27/07

     Defendant                                     Assistant United States Attorney

20

21   _____  9/27/2007

22   Scott H. Frewing, Esq.      Date

     Counsel for Stella Chu

23

24

25   **SO ORDERED**.

26

27   Sept. 27, 2007

28                                  _____

                                   JEREMY FOGEL

                                   United States District Judge