Scott H. Frewing, State Bar No. 191311
Mark T. Roche, State Bar No. 245773
**Baker & McKenzie LLP**
660 Hansen Way
Palo Alto, CA 94304-1044
scott.h.frewing@bakernet.com
mark.t.roche@bakernet.com

Tel. +1 650 856 2400
Fax +1 650 856 9299

Attorneys for Defendant
Stella Sue Wang Chu, a/k/a/ Sue W. Chu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHIU CHAU WANG, a/k/a/ Alex Wang, and <br> STELLA SUE WANG CHU, a/k/a Sue W. Chu, <br><br> Defendants. | **Case No. 07 00190 JF (PVT)** <br><br> **STIPULATION AND PROPOSED ORDER MODIFYING STELLA CHU'S RELEASE CONDITIONS** |

IT IS HEREBY STIPULATED between the defendant Stella Chu and the United States, subject to the Court's approval, that the conditions of Ms. Chu's pretrial release are modified to

///

///

///

///

///

///

///

///

delete the condition that Ms. Chu is subject to a curfew. Pretrial Services has proposed this modification, and the parties agree with that proposal.

It is so stipulated.

DATED: December 13, 2007

Respectfully submitted,

/s/
SCOTT H. FREWING
Attorney for Defendant Stella Chu

SCOTT N. SCHOOLS
United States Attorney

/s/
CARLOS SINGH
Assistant United States Attorney

Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

**ORDER**

It is so ORDERED.

Dated: 12/17/07

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA 94304-104
+1 650 856 2400